**No. 09-1577. Mark Baker, Petitioner v. Booz Allen Hamilton, Inc.**

562 U.S. 841, 131 S. Ct. 220, 178 L. Ed. 2d 48, 2010 U.S. LEXIS 5995.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 358 Fed. Appx. 476.

**No. 09-1579. Napoleon Spear, Petitioner v. General Motors Corporation.**

562 U.S. 841, 131 S. Ct. 222, 178 L. Ed. 2d 48, 2010 U.S. LEXIS 5766,

October 4, 2010. Petition for writ of certiorari to the Court of Special Appeals of Maryland denied.

**No. 09-1580. Kreig Prosper, Petitioner v. United States.**

562 U.S. 841, 131 S. Ct. 222, 178 L. Ed. 2d 48, 2010 U.S. LEXIS 6046.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 375 Fed. Appx. 190.

**No. 09-8375. Peter J. Schultz, Petitioner v. Francis Halpin, et al.**

562 U.S. 841, 131 S. Ct. 64, 178 L. Ed. 2d 48, 2010 U.S. LEXIS 5767,

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Illinois denied.

Same case below, 234 Ill. 2d 381, 334 Ill. Dec. 610, 917 N.E.2d 436.

**No. 09-9187. Leobarda B. Barraza, Petitioner v. United States.**

562 U.S. 842, 131 S. Ct. 67, 178 L. Ed. 2d 48, 2010 U.S. LEXIS 5990.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 576 F.3d 798.

**No. 09-9247. Charles Max Foster, Petitioner v. United States.**

562 U.S. 842, 131 S. Ct. 67, 178 L. Ed. 2d 48, 2010 U.S. LEXIS 5948.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 354 Fed. Appx. 278.

**No. 09-9441. Ahmed S. Majid, et ux., Petitioners v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 842, 131 S. Ct. 69, 178 L. Ed. 2d 48, 2010 U.S. LEXIS 6078.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 336 Fed. Appx. 389.